IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARRY WAITES, #250157 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO.  3:10-cv-295-TMH |
| ) | [wo] |
| JOHN CUMMINS, WARDEN, *et al.*, ) | |
| ) | |
| Respondent. ) | |

**OPINION and ORDER**

On October 15, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 15).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the 28 U.S.C. § 2254 petition for habeas corpus relief be DISMISSED with prejudice.

Done this the 28th day of November  2012.

　　　　　　　　　　　　　　　　　　/s/  Truman M. Hobbs
　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE